UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LISA MILLER,

                Plaintiff,

– against –

COSTCO WHOLESALE CORPORATION, et al.,

                Defendants.

**ORDER**

18-CV-5069

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court has the July 31, 2019 letter of Defendants Costco Wholesale Corporation and Brian Hluchy. Their request for remand without occurrence of the August 14, 2019 conference is denied. The request that Defendants Costco and Hluchy not be required to appear personally or by corporate representative at that conference is granted. Counsel for all parties, as well as all other persons named individually as plaintiff or defendants, shall appear before this court on August 14, 2019 at 10:30 a.m. to decide the jurisdiction issue, unless the case has been settled. *See* Order re: Jurisdiction, ECF No. 32.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: August 1, 2019
       Brooklyn, New York



1